IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LEANNE RENEE KIDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:10-cv-871-WHA |
| | )           (WO) |
| MANDO AMERICA CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case on this day,

Final Judgment is entered in favor of the Defendant Mando America Corporation and against the Plaintiff Leanne Renee Kidd on her federal claims.

The court declines to exercise supplemental jurisdiction, pursuant to 28 U.S.C. § 1367(c), over the state law claims of negligent or wanton hiring, training, supervision, and retention and intentional infliction of emotional distress, and those claims are DISMISSED without prejudice.

Costs are taxed to the Plaintiff.

Done this 10th day of April, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
UNITED STATES DISTRICT JUDGE